THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL WILLIAMS.—

518

Concur — McGivern, J. P., Nunez, McNally and Tilzer, JJ.